| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 1:03-CR-145 |
| | § | |
| JAMES ALVIN GODFREY | § | |

**ORDER ADOPTING**
**UNITED STATES MAGISTRATE JUDGE'S REPORT**

On this day, the court considered the Report and Recommendation of United States Magistrate Judge Earl S. Hines regarding defendant's pending motion in the above-numbered case. The court is of the opinion that the Report and Recommendation should be accepted. No objections to the Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation of the United States magistrate judge is **ADOPTED**. It is further

**ORDERED** that defense counsel's "Motion to Withdraw" [Dkt. No. 137] is **DENIED**.

SIGNED at Sherman, Texas, this 18th day of February, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE